# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOAN LICHTMAN,

          Petitioner

          v.

ELIZABETH HERSH, SANDRA VASKO, SERGE LEVIN, ANN RUDNICK, JOYCE SACCO, MARY SCULLION, CAROL THOMAS, BRIGID TOMS, JONATHAN JUCKETT, LINDA DONOVAN-MAGDAMO, NICOLE SUMMERVILLE, CURTIS JORDAN, EDWARD FARRINGTON, DANIEL FEINBERG, M.D., JANEL DAVIS, AND GINA GENTILE,

          Respondents

: No. 156 EAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 9th day of November, 2022, the Petition for Allowance of Appeal and the Application for Leave to Proceed *In Forma Pauperis* are **DENIED**.